IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JIMMIE WELCH                                                                                           PLAINTIFF

V.                                    No. 3:22-CV-00294-JM-ERE

SOCIAL SECURITY ADMINISTRATION                                                         DEFENDANT

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin. No objections have been filed. After careful consideration, the Court approves and adopts the Recommended Disposition in all respects.

Accordingly, the Commissioner's decision is AFFIRMED, and judgment will be entered for the Commissioner in this case.

IT IS SO ORDERED this 11th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE