IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JIMMIE WELCH                                                                      PLAINTIFF

V.                              No. 3:22-CV-00294-JM-ERE

SOCIAL SECURITY ADMINISTRATION                              DEFENDANT

## JUDGMENT

Consistent with the Order entered today, the Commissioner's decision is AFFIRMED.

Judgment is entered in favor of the Commissioner. This case is closed.

DATED this 11th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE